CARLSON *v*. ROTH ET AL.

[No. 17,577. Filed March 6, 1947.]

*Davis & Greenberg*, of Gary, for appellant.

*Hulbert & Marlatt*, of Gary, for appellees.

PER CURIAM—The appellant recovered judgment below and the appellees' subsequent motion for a new trial was granted. The case is awaiting a second trial below while the appellant seeks a review of the court's action in granting a new trial.

The granting of a new trial puts a case back where it was before trial and supersedes any judgment that may have been rendered therein. The situation is the same

as though no trial had ever been had. *Compton* v. *Benham* (1909), 44 Ind. App. 51, 61, 85 N. E. 365; *Colchen* v. *Ninde* (1889), 120 Ind. 88, 22 N. E. 94; *Jackson Hill, etc., Co.* v. *Merchants Heat, etc., Co.* (1923), 193 Ind. 422, 140 N. E. 532. Consequently there is no final judgment in this case from which an appeal will lie. *Enmeier* v. *Blaize* (1932), 203 Ind. 303, 306, 179 N. E. 783; *Gray* v. *Gray* (1931), 202 Ind. 485, 492, 176 N. E. 105.

If the court erred in sustaining the appellees' motion for a new trial such error is not available to the appellant until the case is re-tried and a final judgment rendered against him.

Appeal dismissed.

NOTE.—Reported in 71 N. E. (2d) 579.